### GOESDEN vs. MORRISON.

APPEAL FROM THE COMMERCIAL COURT OF NEW ORLEANS.

*Appeal for delay and judgment affirmed with the maximum of damages.*

This is an action on a merchants' account for $376 10, against J. Morrison & Co.   J. Morrison excepted; and averred he never carried on business under the firm as alleged in the petition.   He admits he was cited, but is doing business in his own name and cannot answer the plaintiff's petition.   Time was given to answer in.   On the merits he pleads the want of amicable demand, and that he did not owe all the account.

There was judgment against him and he appealed.

*Kennedy*, for the plaintiff.

*Mace*, contra.

*Morphy*, *J.* delivered the opinion of the court.

This suit is brought on an open account for goods, wares and merchandize sold and delivered to the defendant.   Having brought up a record in which there is no statement of facts, bill of exception, or any other matter which will enable this court to examine his case on its merits; we believe that the appellant never contemplated a revision by this court of the judgment below; but sought only to retard its execution.

The judgment of the Commercial Court is therefore affirmed with costs and ten per cent. damages on the amount sued for.